UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HOWARD W. HARDY,                          :
                                          :
    Petitioner                            :
                                          :
  v.                                      : CIVIL NO. 3:CV-07-2227
                                          :
DAVID EBBERT,                             : (Judge Kosik)
                                          :
    Respondent                            :

## **O R D E R**

**NOW, THIS 18th DAY OF DECEMBER, 2007,** upon consideration of Petitioner's "Motion to Amend" his habeas corpus petition (Doc. 5), **IT IS HEREBY ORDERED THAT:**

    1) The motion to amend is **granted** and the petition in this action is construed to consist of Documents 1 and 5.

    2) The Clerk of Court is directed to serve a copy of Document 5 on the Respondent and the United States Attorney.

*s/EDWIN M. KOSIK*
United States District Judge