UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD W. HARDY, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : CIVIL NO. 3:CV-07-2227 |
| | : |
| DAVID EBBERT, | : (Judge Kosik) |
| | : |
| Respondent | : |

## **O R D E R**

     **NOW, THIS 9th DAY OF JANUARY, 2008,** upon consideration of Respondent's Second Motion for Extension of Time within which to file a response to the petition for writ of habeas corpus (Doc. 10), **IT IS HEREBY ORDERED THAT** said motion is **denied as moot**. In the motion, Respondent seeks an enlargement of time until January 10, 2008, within which to file a response. On January 8, 2008, this Court issued an Order in response to the first motion for enlargement of time allowing Respondent to file his response on or before January 14, 2008. (Doc. 11.) Accordingly, the pending second motion for enlargement of time is moot.

                                      *s/EDWIN M. KOSIK*
                                 United States District Judge